**Order entered February 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00935-CR**
**No. 05-19-00936-CR**

**CHRISTIN LEE GORBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00375-T & F18-29750-T**

## ORDER

The reporter's record in these appeals, requested August 2, 2019, was due November 25, 2019. By order dated January 10, 2020, we ordered it filed by February 3, 2020. On February 4, 2020, court reporter Vearneas Faggett filed an extension informing us for the first time that Yolanda Atkins also worked on the reporter's record.

We **ORDER** the complete reporter's record filed on or before **March 4, 2020**. We caution Ms. Faggett and Ms. Atkins that the failure to file the complete reporter's record by that date will result in the Court ordering each one not to sit until the reporter's record is filed, regardless of what portions are complete.

We **DIRECT** the Clerk to send copies of this order to the Honorable Lela Mays, Presiding Judge, 283rd Judicial District Court; to Verneas Faggett, office court reporter, 283rd Judicial District Court; Yolanda Atkins, deputy court reporter; and to counsel for all parties.


/s/     LANA MYERS
          JUSTICE